

## Court Of Appeals
### Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00456-CV

**IN RE** Jeffrey J. **FATULA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
         Phylis J. Speedlin, Justice
         Steven C. Hilbig, Justice

Delivered and Filed: July 21, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On June 16, 2010, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and real party in interest's response, and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. CCL-09-1, styled *Estate of Allan Edward Kowalski, Deceased*, in the County Court at Law, Kerr County, Texas, the Honorable Spencer W. Brown presiding.